FILED
CLERK, U.S. DISTRICT COURT

MAR 13 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL PEREZ, | NO. CV 07-5161-SGL(CT) |
| Petitioner, | JUDGMENT |
| v. | |
| SUZAN L. HUBBARD, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that the petition is denied and dismissed with prejudice.

DATED: 3-13-08

_____
STEPHEN G. LARSON
UNITED STATES DISTRICT JUDGE